DocuSign Envelope ID: BBE75821-1C8A-471C-962E-33C8E2E4CB32

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/7/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> GREENOAK REAL ESTATE US LLC AND SLATE PROPERTY GROUP LLC, D/B/A THE BILTMORE, <br><br> Defendants. | ECF CASE <br><br> No.: 1:19-cv-2328 (LGS) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendants, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear their own fees and costs.

Dated: April 29 2019
New York, New York

_____
Douglas B. Lipsky
LIPSKY LOWE LLP
630 Third Avenue, Fifth Floor
New York, NY 10017-6705
212.392.4772
Doug@lipskylowe.com
*Attorneys for Plaintiff Fischler*

Dated: April ___ 2019
New York, New York

_____
Bruce H. Lederman
D'AGOSTINO, LEVINE,
LANDESMAN, LEDERMAN, RIVERA
& SAMPSON, LLP
345 Seventh Avenue, 23rd Floor
New York, New York 10001
212.564.9800
blederman@dlpartnerslaw.com
*Attorneys for Defendants*

Application GRANTED.

Dated: May 7, 2019
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE